<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7307**

─────────────

JULIAN EDWARD ROCHESTER,

                           Petitioner - Appellant,

    versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS;
CHARLES M. CONDON, Attorney General,

                           Respondents - Appellees.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Charleston. Henry M. Herlong, Jr., District Judge. (CA-97-3924-20AJ)

─────────────

Submitted: January 21, 1999      Decided: February 9, 1999

─────────────

Before LUTTIG, MOTZ, and KING, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Julian Edward Rochester, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Julian Rochester appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Rochester v. South Carolina Dep't of Corrections, No. CA-97-3924-20AJ (D.S.C. July 21, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED